UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

BELFORD FRANCOIS,  
    Petitioner

CIVIL ACTION 1:11-CV-00752

VERSUS

JUDGE

DAVID COLES, et al.,  
    Respondents

MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Francois' Section 2241 habeas petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of September, 2011.

JAMES T. TRIMBLE, JR.  
UNITED STATES DIST. JUDGE